# UNITED STATES DISTRICT COURT
for the
Western District of Washington

```
FILED _____ LODGED
_____ RECEIVED
Aug 12, 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ24-5059
)
Information Associated with a Motor Vehicle Bearing )
Washington License Plate CEW1877 and Vehicle )
Identification Number JTENU5JR5P6102885 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference, for items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 25, 2024____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Any U.S. Magistrate Judge of this District____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☑ until, the facts justifying, the later specific date of ____06/10/2024____.

Date and time issued: ____March 11, 2024, at 10:27 a.m.____     *[signature]*
                                                                *Judge's Signature*

City and state: ____Tacoma Washington____     Hon. Grady J. Leupold, United States Magistrate Judge
                                              *Printed name and title*

USAO# 2023R01225

USA-00002655

| Return | | |
|---|---|---|
| Case No.:<br>RY-23-0005 | Date and time warrant executed:<br>03-13-2024 at 3:30 p.m. | Copy of warrant and inventory left with:<br>Toyota of Puyallup |
| Inventory made in the presence of :<br>Not applicable | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Requested information was provided from 03-13-2024 at 3:30 p.m. to 04-03-2024 at 3:21 p.m. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 12, 2024

08/12/2024

*DW Christel*

*Executing officer's signature*

John Kewley, Special Agent
*Printed name and title*

USAO# 2023R01225

USA-00002656